IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL BARRETT,

                Plaintiff,                JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 12-cv-24-bbc

LAVERNE WALLACE, SHAWN GALLINGER,
DONALD HANDS, KEVIN KALLAS,
RICK RAEMISCH, PETER HUIBREGTSE,
LYNDA SCHWANDT, CRAIG TOM,
MICHAEL HANFELD, SCOTT RUBIN-ASCH,
STACEY HOEM, WILLIAM BROWN
and LEBBEUS BROWN,

                Defendants.

---

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 2d day of October, 2013.

*Barbara B. Crabb*
Barbara B. Crabb,
District Judge

*Peter Oppeneer*                        10/2/13
Peter Oppeneer, Clerk of Court         Date